UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


CAROL HOLLADAY,

      Plaintiff,

   v.                             Civil Action 2:19-cv-3410
                                  Judge Sarah D. Morrison
                                  Magistrate Judge Chelsey M. Vascura

AKMALKUJA AKRAMKHODJAEV,
*et al.*,

      Defendants.


**REPORT AND RECOMMENDATION**

    This matter is before the undersigned for a Report and Recommendation on the Court's September 25, 2019 Show Cause Order (ECF No. 10). For the reasons that follow, it is **RECOMMENDED** that Plaintiff's claims against Defendant Wawanesa General Insurance Company be **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    Plaintiff filed this action in the Franklin County Court of Common Pleas on July 2, 2019. The state-court docket reflects that service was completed upon Defendant Wawanesa General Insurance Company ("Wawanesa") on July 16, 2019. This action was removed to this Court on August 7, 2019. (ECF No. 1.) Although Wawanesa failed to file a timely answer or other response to the Complaint, Plaintiff did not apply for an entry of default from the Clerk pursuant to Federal Rule of Civil Procedure 55(a). On September 25, 2019, the Court ordered Plaintiff to show cause why the claims against Wawanesa should not be dismissed for want of prosecution

within fourteen days of the Show Cause Order unless she had filed an application for entry of default in the interim. (ECF No. 10.)

To date, Plaintiff has not responded to the Show Cause Order and has not filed an application for entry of default against Wawanesa. It is therefore **RECOMMENDED** that this action be **DISMISSED** against Wawanesa pursuant to Rule 41(b) for failure to prosecute.

## PROCEDURE ON OBJECTIONS

If any party objects to this Report and Recommendation, that party may, within fourteen (14) days of the date of this Report, file and serve on all parties written objections to those specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s). A Judge of this Court shall make a *de novo* determination of those portions of the Report or specified proposed findings or recommendations to which objection is made. Upon proper objections, a Judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further evidence or may recommit this matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE