IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Carol Holladay, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | Case No. 2:19-cv-3410 |
| Akmalkuja Akramkhodjaev, et al., | : | |
| | : | **JUDGE SARAH D. MORRISON** |
| | : | **Magistrate Judge Chelsey M. Vascura** |
| Defendants. | : | |

**ORDER**

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on October 11, 2019. (ECF No. 14). In that filing, the Magistrate Judge recommended that Plaintiff Carol Holladay's action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 14) and **DISMISSES WITHOUT PREJUDICE** the Complaint as to Plaintiff Carol Holladay.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE