IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Carol Holladay, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | Case No. 2:19-cv-3410 |
| Akmalkuja Akramkhodjaev, *et al.*, | : | |
| | : | **JUDGE SARAH D. MORRISON** |
| | : | **Magistrate Judge Chelsey M. Vascura** |
| Defendants. | : | |

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on December 9, 2019 (ECF No. 21). In that filing, the Magistrate Judge recommended that Plaintiff Carol Holladay's action as to the John Doe Defendants be dismissed without prejudice for failure to effect timely service of process on those defendants under Federal Rule of Civil Procedure 4(m). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 21) and **DISMISSES WITHOUT PREJUDICE** the Complaint only as to the John Doe Defendants.

**IT IS SO ORDERED.**

      /s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**