# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CAROL HOLLADAY**,

   Plaintiff,

   -vs-

**AKMALKUJA AKRAMKHODJAEV**, *et al.*,

   Defendants.

: Case No. 2:19-cv-3410

Judge Sarah D. Morrison
Magistrate Judge Vascura

:

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by Magistrate Judge Vascura on April 18, 2022. (ECF No. 45). In that filing, the Magistrate Judge recommended that Plaintiff Carol Holladay's action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 25(a)(1). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 45) and **DISMISSES** Plaintiff's Complaint **WITH PREJUDICE**.

   **IT IS SO ORDERED.**

   /s/ Sarah D. Morrison
   **SARAH D. MORRISON**
   **UNITED STATES DISTRICT JUDGE**